1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO.  02:10-MJ-00311-DAD

12 |                    Plaintiff,    ORDER

13 |         v.

14 | GERARDO CONSTANTINO RAMIREZ,

15 |                    Defendant.

16

17     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

18 recall the arrest warrant in the above referenced case, 2:10-MJ-00311-DAD against defendant

19 GERARDO CONSTANTINO RAMIREZ is GRANTED.

20 Dated: February 7, 2017

21

22                                    _____
                                      KENDALL J. NEWMAN
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

   [PROPOSED] ORDER                    1